696 A.2d 439

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner,

v.

Gwendolyn Mae HICKMAN, Respondent.

Misc. AG, No. 34, Sept. Term, 1997.

Court of Appeals of Maryland.

June 27, 1997.

## ORDER

This matter came before the Court on the Joint Petition for Reprimand by Consent of the Attorney Grievance Commission of Maryland and respondent, Gwendolyn Mae Hickman, to reprimand the respondent. The Court, having considered the petition, it is this 27th day of June, 1997.

ORDERED, by the Court of Appeals of Maryland, that the respondent, Gwendolyn Mae Hickman, be and she is hereby reprimanded for violation of the Maryland Rules of Professional Conduct.